# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-1639

———————————————

TERRENCE EUGENE ANCRUM,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Nassau County.
Robert M. Foster, Judge.

October 21, 2019

PER CURIAM.

Terrance Eugene Ancrum appeals the summary denial of his motion for correction of jail credit filed under Florida Rule of Criminal Procedure 3.801. Because a claim for jail credit beyond the amount agreed to in a plea bargain is not cognizable in a rule 3.801 proceeding, we affirm. *See Johnson v. State*, 60 So. 3d 1045, 1052 (Fla. 2011) (holding that challenges to plea agreement provisions regarding jail credit are not cognizable under the rule providing a mechanism for correcting the improper denial of credit for time served; such challenges must be raised in a motion challenging the voluntariness of the plea); *see also Barnette v. State*, 205 So. 3d 865 (Fla. 4th DCA 2016); *Romero v. State*, 176 So. 3d 1282 (Fla. 5th DCA 2015); *Hale v. State*, 174 So. 3d 1103 (Fla. 2d DCA 2015).

AFFIRMED.

RAY, C.J., and B.L. THOMAS and WINOKUR, JJ., concur.

––––––––––––––––––––––––––––

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

––––––––––––––––––––––––––––

Terrence Eugene Ancrum, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

2